1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DENISE N. YASINOW
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Jul 27, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING: THE PERSON OF KIMBERLY ACEVEDO | CASE NO: 2:20-SW-0949 DB  [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

   Dated:   July 27, 2021

                              _____
                              The Honorable Jeremy D. Peterson
                              UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT